Opinion issued November 14, 2008

 







 










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00913-CV 






IN RE KADAR HAMILTON, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Kadar Hamilton, has filed a petition for a writ of mandamus asking
this Court to direct respondent (1) to vacate her order of November 11, 2008 denying
relator's "Motion to Dismiss Under Texas Family Code Section 152.202" and to
direct respondent to dismiss the petition for modification of conservatorship filed by 
real party in interest, Rebecca Mincy. Relator also filed a motion for emergency stay.

 We deny the petition for writ of mandamus and the motion to stay. 

PER CURIAM

 Panel consists of Chief Justice Radack and Justices Nuchia and Higley.

1. 
 
 -